

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00331-CV

LOUISIANA C STORE                                          APPELLANT
WHOLESALER, INC.

V.

ROYAL NETT APPAREL, LLC                             APPELLEE

------------

## FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 153-291477-17

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On January 2, 2018, we notified appellant that the trial court clerk responsible for preparing the record in this appeal informed the court that payment arrangements had not been made to pay for the clerk's record as required by Texas Rule of Appellate Procedure 35.3(a)(2). *See* Tex. R. App. P.

---

[1]*See* Tex. R. App. P. 47.4.

35.3(a)(2).  We stated that we would dismiss the appeal for want of prosecution unless appellant, within ten days, made arrangements to pay for the clerk's record and provided this court with proof of payment.

Because appellant has not made payment arrangements for the clerk's record, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 37.3(b), 42.3(b).

Appellant shall pay all costs of the appeal, for which let execution issue.

PER CURIAM

PANEL:  BIRDWELL, J.; SUDDERTH, C.J.; and WALKER, J.

DELIVERED:  January 25, 2018